IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02264-MSK-OES

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,
    Plaintiffs,
v.
ISAM A. KHANFAR, an individual, and
1820, Inc., a Colorado corporation,
    Defendants.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

---

THIS MATTER, coming on before the Court on Plaintiffs, International House of Pancakes, Inc.'s and IHOP Properties, Inc.'s ("Plaintiffs") Unopposed Motion for Leave to Amend Complaint, and the Court having read the Motion and the file, and being fully advised in the premises;

IT IS ORDERED that Plaintiffs' Unopposed Motion for Leave to Amend Complaint is hereby GRANTED. Plaintiffs shall file the Third Amend Complaint attached to the Unopposed Motion for Leave to Amend Complaint, within three (3) days.

DATED this 8th day of August, 2005.

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge