IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02264-MSK-OES

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,
    Plaintiffs,
v.

ISAM A. KHANFAR, an individual, and
1820, Inc., a Colorado corporation,
    Defendants.

_____

## ORDER DENYING MOTION TO EXTEND AND MOTION TO DISMISS
_____

    **THIS MATTER** comes before the Court pursuant to the Defendants' Motion to Extend Time to File Returns of Service, and Motion to Dismiss and Request for Relief pursuant to C.R.S. § 13-40-123. Neither motion has a docket number, and were pending at the time this case was removed to this Court on October 28, 2004.

    Based on the proceedings to date, both motions have been rendered moot. Accordingly,

both motions are **DENIED**. The Clerk of the Court is directed to modify the docket in this case to reflect the denial of these motions.

Dated this 22nd day of September, 2005.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge