IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02264-MSK-OES

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

Plaintiff(s),

vs.

ISAM A. KHANFAR, an individual, and
1820, INC., a Colorado corporation,

Defendant(s).

---

ORDER DENYING DEFENDANTS'
MOTION TO QUASH

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: November 16, 2005

Defendants have filed a motion to quash subpoenas that were served by plaintiffs upon non-party entities other than defendants. Defendants argue that plaintiffs are required to seek discovery through "normal discovery means," and not through the service of subpoenas. Defendants also argue that "there exists the distinct likelihood" that the information sought either is not relevant, or is protected by the work-product doctrine.

### DISCUSSION

I agree with the arguments of plaintiffs. First, discovery from non-party entities appropriately may be sought through the use of subpoenas. Second, a "distinct likelihood" that information sought may not be relevant is an insufficient objection to its

discoverability. Third, defendants are not the parties from whom the discovery is sought, and may not raise either the issue of relevance or the issue of work-product doctrine.

## ORDER

It is therefore ORDERED that defendants' Motion to Quash [Doc. 31, filed Nov. 10, 2005] is DENIED.

Dated at Denver, Colorado, on November 16, 2005

BY THE COURT:


 s/O. Edward Schlatter
United States Magistrate Judge