IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02264-MSK-OES

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

    Plaintiffs,

v.

ISAM A. KHANFAR, an individual, and
1820, Inc., a Colorado corporation,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Motion for Substitution of Counsel **(#48)** (Motion) filed December 27, 2005 by Defendants Isam A. Khanfar and 1820, Inc.

1. A review of the Motion indicates that Defendant has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A).

2. The Plaintiff did not submit a proposed order in WordPerfect or Word format to chambers by electronic mail, as required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 28th day of December 2005.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge