IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02264-MSK-OES

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

Plaintiff(s),

vs.

ISAM A. KHANFAR, an individual, and
1820, INC., a Colorado corporation,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: January 3, 2006

    The Unopposed Motion of Plaintiffs for Entry of Protective Order (Doc. #42, filed 12/20/05) is GRANTED.  The Protective Order is entered this date.