IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02264-MSK-OES

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

     Plaintiffs,

v.

ISAM A. KHANFAR, an individual, and
1820, Inc., a Colorado corporation,

     Defendants.

_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
FILE FOURTH AMENDED COMPLAINT AND JURY DEMAND**
_____

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to File Fourth Amended Complaint and Jury Demand **(#59)**. Having considered this Motion, the law, and being otherwise fully advised in the premises, the Court hereby grants the Motion. Plaintiffs' Fourth Amended Complaint and Jury Demand, which is attached to Plaintiffs' Motion as Exhibit A, is hereby accepted for filing as of the date of this Order.

DATED this 8th day of February 2006.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge