IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02264-MSK-MEH

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

    Plaintiffs,

v.

ISAM A. KHANFAR, an individual, and
1820, Inc., a Colorado corporation,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Defendants' Amended Motion for Leave to File Third Party Complaint and to Deem Attached Complaint as Filed **(#69)**. A review of the Motion indicates that Defendants have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

Dated this 14th day of April, 2006.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger

United States District Judge