IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02264-MSK-MEH

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

      Plaintiffs,

v.

ISAM A. KHANFAR, an individual, and
1820, Inc., a Colorado corporation,

      Defendants.

_____

## ORDER DENYING MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION

_____

**THIS MATTER** comes before the Court pursuant to the Defendants' Motion Pursuant to

Fed. R. Civ. P. 56(f) . . . Or, In the Alternative, For Continuance to Answer Motion for Summary

Judgment (**# 71**).

To the extent that the motion seeks an extension of time to file a response to the Plaintiffs'

summary judgment motion or the resetting of a dispositive motion deadline, the motion is

**DENIED**.  To the extent that the Defendants request that the Court treat their motion as a

response under Fed. R. Civ. P. 56(f) to the Plaintiffs' summary judgment motion, the Court treats

the Defendants' motion as such, and will evaluate the sufficiency of that response under the

applicable standards governing Rule 56(f) at the time it undertakes review of the substance of the

Plaintiffs' motion.

Dated this 26th day of April, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge