IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02264-MSK-MEH

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

    Plaintiffs,

v.

ISAM A. KHANFAR, an individual, and
1820, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2006.**

As set forth in the record of the proceedings held on July 20, 2006, it is ORDERED that:

1. Defendants' Motion to Compel Written Discovery [Filed June 30, 2006; Docket #93] is **granted** in part, **denied** in part, and rendered **moot** in part based upon stipulations and agreements reached by the parties at the hearing.

2. Defendants' Motion to Compel the Completion of Plaintiffs' Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) [Filed June 30, 2006; Docket #94] is **granted** in part and **denied** in part.

3. Defendants' Motion to Compel Discovery of Confidential Matters [Filed June 30, 2006; Docket #95] is **denied** as moot.

4. Any and all requests for fees or costs with regard to these motions by either the Plaintiffs or the Defendants are **denied**.

Additionally, it is ORDERED that the following case management deadlines shall hereafter govern this case:

    !     Discovery Cutoff:     December 31, 2006
    !     Dispositive Motion Deadline:     December 31, 2006