IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02264-MSK-MEH

INTERNATIONAL HOUSE OF PANCAKES, INC., a Delaware corporation, and
IHOP PROPERTIES, INC., a California corporation,

      Plaintiffs/Counter Defendants,

v.

RAGHDA ALBARGHOUTHI, as Personal Representative
of the Estate of Isam A. Khanfar, and
1820, INC., a Colorado corporation,

      Defendants/Counter Claimants.

---

## ORDER DENYING MOTION TO EXCLUDE TESTIMONY OF SHARI LUTZ

---

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion to Exclude the Testimony of Shari Lutz **(# 86)**, the Defendants' response **(# 104)**, and the Plaintiffs' reply **(# 105)**. (The Court also notes that the Plaintiffs' Motion for Summary Judgment **(# 65)** is noted as pending, although the Plaintiffs' subsequently withdrew **(# 112)** that motion.)

The Plaintiffs move to exclude any testimony to be offered by the Defendants' valuation expert, Shari Lutz, on the grounds that the Defendants failed to timely disclose Lutz's opinions as required by Fed. R. Civ. P. 26(a)(2). The Defendants contend that the delay in disclosing Lutz's opinions is partially attributable to the Plaintiffs' delays in producing discovery, and that in any event, the Plaintiffs are not prejudiced by a late disclosure of Lutz's opinions due to the resetting of trial in this matter.

As the Defendants' response notes, the outcome of this motion is affected, in part, by the Magistrate Judge's subsequent decisions to authorize certain additional discovery (**# 109**) and to extend the discovery deadline (**# 126**).  It is not clear from the docket whether these orders materially affect the timeliness of the Defendants' disclosure of Lutz's opinions.  Accordingly, the Court denies the Plaintiffs' motion without prejudice.  Once discovery has concluded, should the Plaintiffs continue to believe that the Defendants' disclosures regarding Lutz are inadequate, they may file a new motion to that effect.

For these reasons, the Plaintiffs' Motion to Exclude the Testimony of Shari Lutz (**# 86**) is **DENIED** without prejudice.  The Plaintiffs' Motion for Summary Judgment (**# 65**) is **DEEMED WITHDRAWN**.

Dated this 8th day of February, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge